**Order entered January 30, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-22-00768-CV

---

## IN THE GUARDIANSHIP OF RICHARD W. THOMPSON, JR., AN ALLEGED INCAPACITATED PERSON

---

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. GA1-0261-2018**

---

### ORDER

Before the Court are appellant's January 17, 2023 motion to abate appeal and January 20, 2023 supplemental motion addressing the status of the clerk's and reporter's records. By order dated December 2, 2022, we reinstated this appeal which had been previously abated pending resolution of appellant's motion to transfer.[1] In that order, we directed appellant to verify payment for the clerk's and reporter's records. Additionally, we cautioned appellant that failure to provide

---

[1] On November 21, 2022, the Texas Supreme Court issued an order denying appellant's request to transfer this case from this Court. A courtesy copy of this order is attached.

verification of payment for the reporter's record would result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has provided written verification of payment for the clerk's record but not the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* We **GRANT** appellant's motion as supplemented **only to the extent** that we **ORDER** Collin County Clerk Stacey Kemp to file the clerk's record on or before **February 6, 2023**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kemp and all parties.

/s/   ROBERT D. BURNS, III
       CHIEF JUSTICE